UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
J-QUAN JOHNSON,

               Plaintiff,

    -against-

THE CITY OF NEW YORK, THE NEW YORK CITY POLICE DEPARTMENT, POLICE OFFICER DWIGHT POWELL, SHIELD NUMBER 9038, JOHN DOE NEW YORK CITYPOLICE OFFICER NUMBER ONE, JOHN DOE NEW YORK CITY POLICE OFFICER NUMBER TWO, JOHN DOE NEW YORK CITY POLICE OFFICER NUMBER THREE, JOHN DOE NEW YORK CITY POLICE OFFICER NUMEBR FOUR, JOHN DOE NEW YORK CITY POLICE OFFICER NUMBER FIVE, all "JOHN DOE" names being fictitious and representing New York City Police Officers whose actual names remain unknown to plaintiff,

               Defendants.
-----------------------------------------------------------------X

Civil Action No. 1:15cv06915

SUMMONS

SUMMONS IN A CIVIL ACTION

To: THE CITY OF NEW YORK, 100 CENTER STREET, NEW YORK, NEW YORK
    THE NEW YORK CITY POLICE DEPARTMENT, 1 POLICE PLAZA, NEW YORK, NEW YORK

**PLEASE SEE ATTACHED RIDER**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Getz & Braverman, P.C., 172 East 161st Street, Bronx, New York 10451. If you fail to respond, judgment by

default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:

                                                                                     Clerk of the Court

RIDER

TO:
POLICE OFFICER DWIGHT POWELL, SHIELD NUMBER 9038, 1 POLICE PLAZA, NEW YORK, NEW YORK;
JOHN DOE NEW YORK CITYPOLICE OFFICER NUMBER ONE, 1 POLICE PLAZA, NEW YORK, NEW YORK;
JOHN DOE NEW YORK CITY POLICE OFFICER NUMBER TWO 1 POLICE PLAZA, NEW YORK, NEW YORK;
JOHN DOE NEW YORK CITY POLICE OFFICER NUMBER THREE, 1 POLICE PLAZA, NEW YORK, NEW YORK;
JOHN DOE NEW YORK CITY POLICE OFFICER NUMBER FOUR, 1 POLICE PLAZA, NEW YORK, NEW YORK;
JOHN DOE NEW YORK CITY POLICE OFFICER NUMBER FIVE, 1 POLICE PLAZA, NEW YORK, NEW YORK;
all "JOHN DOE" names being fictitious and representing New York City Police Officers whose actual names remain unknown to plaintiff,