AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| J-QUAN JOHNSON,<br>*Plaintiff*<br>v.<br>THE CITY OF NEW YORK, ET AL.,<br>*Defendant* | Civil Action No. 1:15-CV-6915-ER |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: New York Presbyterian – The University Hospital of Columbia and Cornell - Attn: Risk Management
466 Lexington Avenue, Fl 13 - Box 36 - New York, NY 10017

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: The Complete Certified Medical Records Of J-Quan Johnson a/k/a Dishi Nash (SSN - 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 and 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)

| Place: U.S. District Court - Southern District of New York<br>Record Mgmt Rm #370, 500 Pearl St, NY, NY 10007<br>and Via Email to: Caitlin@Robinandassociates.com | Date and Time:<br>04/19/2021 9:30 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*U.S. District Judge*

OR

_____           _____
*Signature of U.S. District Judge*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
J-QUAN JOHNSON_____ , who issues or requests this subpoena, are:

Caitlin Robin and Associates, PLLC - 30 Broad Street, Ste 702, New York, NY 10004 - 646-524-6026

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).