# MEMO ENDORSED



**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

ELISSA FUDIM
*Senior Counsel*
Phone: (212) 356-2335
Fax: (212) 356-3509
efudim@law.nyc.gov

May 14, 2021

**VIA ECF**
Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    <u>J-quan Johnson v. City of New York, et al.</u>
                15 CV 6915 (ER) (SN)

Your Honor:

      I write to request permission to file the accompanying letter under seal as it contains private medical information pertaining to a non-party. Thank you for your consideration.

Respectfully submitted,

    /s/ *Elissa Fudim*
Elissa Fudim
Senior Counsel

---

The parties are directed to appear for a telephonic conference on May 17, 2021 at 3:00 p.m. The parties are directed to dial (877) 411-9748 at that time and enter access code 3029857, followed by the pound (#) sign. The parties' requests to file their letters under seal are granted. Docs. 152 and 155. The Clerk of Court is respectfully directed to terminate the motions, Docs. 152, 154, and 155.

So ordered.

_____
Edgardo Ramos, U.S.D.J
Dated: 5/17/2021
New York, New York