UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

J-QUAN JOHNSON,

                    Plaintiff,

                  -against-

THE CITY OF NEW YORK , THE NEW YORK CITY
POLICE DEPARTMENT , POLICE OFFICER DWIGHT
POWELL, SHIELD NUMBER 9038, SGT. VICENTE PEREZ ,
SHIELD NUMBER 3 173, POLICE OFFICER EMMANIEL
VALERIO, SHIELD NUMBER 20335, POLICE OFFICE
STEVE TIRADO, SHIELD NUMBER 22659 , POLICE
OFFICER JAMES BURKE , SHIELD NUMBER 28483,
POLICE OFFICE GERARD STAPLES , SHIELD NUMBER
24526, POLICE OFFICER ROBERT STAPLETON, SHIELD
NUMBER 17814, POLICE OFFICER JOSE JOSEPH , SHIELD
NUMBER 14133, JOHN DOE NEW YORK POLICE OFFICER
NUMBER ONE, JOHN DOE NEW YORK CITY POLICE
OFFICER NUMBER TWO, JOHN DOE NEW YORK CITY
POLICE OFFICER NUMBER THREE , JOHN DOE NEW
YORK CITY POLICE OFFICER NUMBER FOUR, JOHN
DOE NEW YORK CITY POLICE OFFICER NUMBER FIVE,
all " JOHN DOE" names being fictitious and representing New
York City Police Officers whose actual names remain unknown
to plaintiff,

                    Defendants.

------------------------------------------------------------------------ X

**Civil Action No:**

15 Civ. 6915 (ER)(SN)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned attorney, Arjeta Albani, an attorney associated with the firm CAITLIN ROBIN & ASSOCIATES, PLLC, has been retained by the Plaintiff, J-Quan Johnson, to represent his interests in this action. The undersigned demands that copies of any and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       May 17, 2021

                                                     _____
                                                     Arjeta Albani, Esq.

Caitlin Robin & Associates, PLLC  
*Attorneys for Plaintiff*  
30 Broad Street, Suite 702  
New York, New York 10004  
(646) 524-6026  
arjeta@robinandassociates.com

To:
    All Counsel (By ECF)