# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

J-QUAN JOHNSON,

                        Plaintiff,                    15 **CIVIL** 6915 (ER)

               -against-                      **JUDGMENT**

POLICE OFFICER DWIGHT POWELL, Shield Number 9038; POLICE OFFICER EMMANUEL VALERIO, Shield Number 20335, POLICE OFFICER JAMES BURKE, Shield Number 28483; POLICE OFFICER ROBERT STAPLETON, Shield Number 17814; and POLICE OFFICER JOSE JOSEPHS, Shield Number 14133,

                     Defendants.

-------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That following a Jury Trial before the Honorable Edgardo Ramos, United States District Judge, and pursuant to a jury verdict, judgment is entered as follow:

1. In favor of Plaintiff J-Quan Johnson as against Defendant Dwight Powell, in the amount of $ 60,000.00 for compensatory damages and $30,000.00 for punitive damages for a total sum of $90,000.00;

2. In favor of Plaintiff J-Quan Johnson as against Defendant Jose Joseph, in the amount of $40,000.00 for compensatory damages and $50,000.00 for punitive damages for a total sum of $90,000.00; and

3. The complaint is dismissed as against Defendants Emmanuel Valerio, Robert Stapleton, and James Burke.

**DATED:** New York, New York
             May  26 , 2021

| So Ordered: | RUBY J. KRAJICK |
| --- | --- |
| | Clerk of Court |
| _____ | BY: _____ |
| U.S.D.J. | Deputy Clerk |