# MEMO ENDORSED



| | THE CITY OF NEW YORK | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **HANNAH V. FADDIS**<br>*Senior Counsel*<br>Phone: (212) 356-2486<br>Fax: (212) 356-1148<br>hfaddis@law.nyc.gov |

July 23, 2021

**VIA ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    <u>J-Quan Johnson v. City of New York, et al.</u>
                 15 CV 6915 (ER) (SN)

Your Honor:

      I write to request permission to file the accompanying motion exhibits, Exhibits "I" through "L," to Defendants' Motion Pursuant to Fed. R. Civ. P. 50 and 59 (ECF No. 191) under seal as they contain personal information subject to Fed. R. Civ. P. 5.2 and confidential medical information.

> Defendants' request is granted. The Clerk of Court is respectfully directed to terminate the motion. Doc. 194.
>
> So ordered.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 7/26/2021
> New York, New York

Respectfully submitted,

/s/ _____
Hannah V. Faddis
*Senior Counsel*

CC:    VIA ECF
         *All Counsel of Record*