**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

J-QUAN JOHNSON,

                     Plaintiff,

      -against-

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, VICENTE PEREZ,
POLICE OFFICER STEVE TIRADO, POLICE
OFFICER GERARD STAPLES, POLICE
OFFICER JOSE JOSEPH, DWIGHT POWELL,
JOHN DOE NEW YORK CITY POLICE
OFFICER NUMBER ONE, JOHN DOE NEW
YORK CITY POLICE OFFICER NUMBER TWO,
JOHN DOE NEW YORK CITY POLICE
OFFICER NUMBER THREE, JOHN DOE NEW
YORK CITY POLICE OFFICER NUMBER
FOUR, and JOHN DOE NEW YORK CITY
POLICE OFFICER NUMBER FIVE,

                     Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2022

15 **CIVIL** 6915 (ER)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 23, 2022, Defendants' motion for judgment as a matter of law or a new trial is denied. Judgment is entered in favor of Plaintiff; accordingly, the case is closed.

**Dated:** New York, New York

       March 24, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                               **BY:**
                                                           **Deputy Clerk**